UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80210-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JUAN ANDERSON ALBERTO,
    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE VITUNAC'S REPORT AND RECOMMENDATION AND DENYING DEFENDANT'S MOTION FOR RETURN OF SEIZED PROPERTY

**THIS CAUSE** is before the court upon the defendant's *pro se* motion to return seized property [DE 590] filed December 3, 2009. This matter was previously referred to United States Magistrate Judge Ann E. Vitunac pursuant to a general order of reference of all pretrial motions.

On December 23, 2009, Magistrate Judge Vitunac filed a Report and Recommendation [DE 592] upon the motion to return seized property. Neither party has filed objection to the Report.

Upon consideration of the Report and Recommendation and in accordance with *28 U.S.C. §636 (B)(1)(c)*, the court finds the resolution of the issues as recommended by Magistrate Judge Vitunac to be sound and well-reasoned and accordingly will adopt the recommendation here. It is therefore **ORDERED** and **ADJUDGED**:

1. Magistrate Judge Vitunac's December 23, 2009 [DE 592] Report and Recommendation upon defendant's motion to return seized property is **ADOPTED** and **INCORPORATED** in full.

2. The defendant's *pro se* motion to return seized property [DE 590] is **DENIED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this __11__ day of January, 2010.

**copy furnished:**
U.S. Magistrate Judge Ann Vitunac
AUSA Kimberly Abel
Mr. Juan Anderson Alberto, *pro se*

_____
Daniel T. K. Hurley
United States District Judge